# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,   :

        Plaintiff(s),   :   Case Number: 3:17-po-157

- vs -   :   Magistrate Judge Sharon L. Ovington

TERRY W. McElrath,   :

        Defendant(s).   :

---

## DISMISSAL ORDER AND WAIVER OF REMAINING COLLATERAL AMOUNT

---

This action is before the Court sua sponte and in the interest of justice, it is hereby ORDERED that any remaining collateral in regard to **Case Number 3:17-po-157 is WAIVED. The case is hereby terminated.**

June 12, 2018

_____
Sharon L. Ovington
United States Magistrate Judge